JOHANNA BARMANN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 43219.) — *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam*.